ELIZABETH A. L. HYATT, Appellant, *v.* GEORGE W. TICE, et al., Respondents.

(Argued February 1, 1886; decided February 12, 1886.)

*George W. Van Slyck* for appellant.

*George H. Yeaman* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

———————

CLARISSA DALE, Respondent, *v.* DAVID MAIN, Appellant.

(Argued February 1, 1886; decided February 12, 1886.)

*C. P. Hoffman* for appellant.

*Quentin McAdam* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———————

ALFRED T. BAXTER, Respondent, *v.* ISAAC N. HEBBERD, Individually, and as Assignee, etc., Appellant.

(Argued February 2, 1886; decided February 12, 1886.)

*Winchester Britton* for appellant.

*Frederic A. Ward* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.